## **STATEMENT OF FACTS**

During the course of a Federal Bureau of Investigation (FBI) narcotics investigation that began in January, 2019, investigators received information that defendant Robin Salinas-Macal was involved in the distribution of large quantities of cocaine. Information learned by agents led them to the parking lot of Costco located at 2441 Market Street, N.E., Washington, D.C. on April 8, 2019, where they believed the defendant was planning to distribute a large quantity of narcotics. Agents observed the defendant there with another individual later identified as Luis Angel Oubando-Lopez.

Agents observed Oubando-Lopez hand a dark bag to the defendant. The defendant met with another unidentified individual inside a vehicle at the Costco parking lot. The unidentified individual then left the vehicle. Agents approached the vehicle and recovered the dark bag from the defendant. Inside the bag were three (3) brick-like white-powder substances suspected to be cocaine. The defendant was placed under arrest. A portion of the white-powder substances suspected to be cocaine field tested positive for cocaine and weighed approximately 670 grams. The approximate weight of the white-powder substance recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

In an interview incident to arrest Defendant Salinas-Macal waived his Miranda rights. He admitted, that he had brought the suspected cocaine to the Costco parking lot and that he intended to sell it.

_____
SPECIAL AGENT JUSTIN H. HOLGATE
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF APRIL, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE